IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF** | ) |
| **INVESTIGATION,** | ) |
| 935 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant FEDERAL BUREAU OF INVESTIGATION to produce records from the investigation into President Biden's handling of classified records.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 8, 2024 FOIA REQUEST TO FBI

8. On February 8, 2024, Plaintiffs submitted the following FOIA request to FBI for records from the investigation into President Biden's handling of classified records:

> 1. A copy of the FBI's investigative case file (including opening and closing memorandum) referencing the FBI search of President Joe Biden's residence and think tank where classified records were found and retrieved.
>
> 2. All FD-302s or other transcripts or summaries of interviews (handwritten and typed) FBI agents conducted with individuals as part of Special Counsel Robert Hur's investigation of President Biden's handling of classified records found at his residence and think tank.
>
> 3. Letters, memos, reports, emails documenting the FBI's formal requests for a classification review from other executive branch/federal government agencies related to the classified documents retrieved from President Biden's residence and think tank and the final responses the agencies sent to FBI.

9. Plaintiffs' request sought expedited processing based on the urgency to inform the public regarding the investigation, which has been the subject of significant scrutiny.

10. A true and correct copy of the request is attached as Exhibit 1.

11. On February 8, 2024, FBI acknowledged receipt of the request.

12. A true and correct copy of the acknowledgement email is attached as Exhibit 2.

13. FBI did not send any further correspondence to Plaintiffs regarding this request.

14. As of the date of this filing, FBI has not issued a determination, has not expedited the processing of Plaintiffs' request, and has not produced any records.

## COUNT I – FBI'S FOIA VIOLATION

15. The above paragraphs are incorporated by reference.

16. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

17. Defendant FBI is a federal agency subject to FOIA.

18. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

19. Defendant FBI has failed to grant expedited processing to the request.

20. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

21. Defendant FBI has failed to issue a determination within the statutory deadline.

22. Defendant FBI has failed to produce all non-exempt records responsive to the request as soon as practicable.

**WHEREFORE**, Plaintiffs asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to expedite the processing of Plaintiffs' request, conduct a reasonable search for records, and produce the requested records as soon as practicable;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: February 20, 2024

- 4 -

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com