UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD; BLOOMBERG L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION;<br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 1:24-cv-00471-TNM |

**JOINT STATUS REPORT**

In accordance with this Court's Minute Order of May 30, 2024, Plaintiffs Jason Leopold and Bloomberg L.P. ("Plaintiffs") and Defendants Federal Bureau of Investigation and U.S. Department of Justice ("Defendants," "DOJ," or "FBI") hereby submit this Joint Status Report ("JSR").

**I.    Background**

This case concerns a Freedom of Information Act ("FOIA") request in which Plaintiffs sought the following material relating to Special Counsel Robert Hur's investigation of President Joe Biden's handling of classified information:

(1) A copy of the FBI's investigative case file (including opening and closing memorandum) referencing the FBI search of President Joe Biden's residence and think tank where classified records were found and retrieved.

(2) All FD-302s or other transcripts or summaries of interviews (handwritten and typed) FBI agents conducted with individuals as part of Special Counsel Robert Hur's investigation of President Biden's handling of classified records found at his residence and think tank.

1

>   (3) Letters, memos, reports, emails documenting the FBI's formal requests for a classification review from other executive branch/federal government agencies related to the classified documents retrieved from President Biden's residence and think tank and the final responses the agencies sent to FBI.

Compl. at 2, ECF No. 1.

On May 29, 2024, the parties submitted a JSR in which they agreed to prioritize the processing of the FD-302s sought in Plaintiffs' second enumerated request. Joint Status Report at 2, ECF No. 14. The parties agreed to a processing schedule in which the FBI would process this material at an initial rate of 600 pages a month and make monthly rolling productions of any responsive, non-exempt information, with the first production at this processing rate being due on August 1, 2024. *Id.* The processing schedule further provided that the FBI's processing rate would shift to 500 pages per month beginning with its response due in December 2024.

**II.   Processing Update**

In accordance with the processing schedule, Defendants have issued three responses in the time since the parties' last JSR was filed on September 30, 2024.

In its October 1, 2024 response, the FBI withheld 620 pages in their entirety. 620 pages were sent to other government agencies ("OGAs") for referrals or consultations. The FBI reports that the OGA consultation letters were dated October 1, 2024, and were sent to OGAs on October 1, 2024 with a requested response deadline of October 31, 2024. The FBI also reports that status inquiries were sent to OGAs on November 1, 2024. Although some OGAs have responded to the consult requests, the FBI is still awaiting some responses as of the date of this filing and cannot complete processing of the records until all OGAs have responded.

In accordance with the processing schedule, Defendants have issued two responses in the time since the parties' last JSR was filed on December 5, 2024.

In its December 31, 2024 response, the FBI withheld 533 pages in their entirety. 533 pages were sent to other government agencies ("OGAs") for referrals or consultations. The FBI reports that the OGA consultation letters were dated December 31, 2024, and were sent to OGAs on December 31, 2024 with a requested response deadline of January 31, 2025. The FBI also reports that status inquiries were sent to OGAs on January 28, 2025. Although some OGAs have responded to the consult requests, the FBI is still awaiting some responses as of the date of this filing and cannot complete processing of the records until all OGAs have responded.

In its January 31, 2025 response, the FBI withheld 552 pages in their entirety. 552 pages were sent to other government agencies ("OGAs") for referrals or consultations. The FBI reports that the OGA consultation letters were dated January 31, 2025, and were sent to OGAs on January 31, 2025 with a requested response deadline of February 28, 2025.

Defendants anticipate issuing their next response on February 28, 2025. The parties will file their next JSR by April 4, 2025.

Dated: February 3, 2025	Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.:    (202) 353-9265
Email:  Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607 (312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*